# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **JOYCE ABNEY and CLIFFORD ABNEY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1258-DJS |
| ) | |
| **CITY OF PARK HILLS, MISSOURI,** ) | |
| **RICHARD MCFARLAND, and** ) | |
| **MARK ABNEY,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court's referral of this matter to mediation terminated on July 2, 2007. No report on the results of the mediation has been filed by the mediator or the parties. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within seven (7) days of the date of this order, file a status report advising the Court of the outcome of the mediation and the prospects for any further settlement negotiations.

Dated this   3rd    day of July, 2007.

                                            /s/Donald J. Stohr
                                            UNITED STATES DISTRICT JUDGE