UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOYCE ABNEY and CLIFFORD ABNEY,  )
                                 )
        Plaintiffs,               )
                                 )
    vs.                          )    No. 4:06CV1258-DJS
                                 )
CITY OF PARK HILLS, MISSOURI,    )
RICHARD MCFARLAND, and           )
MARK ABNEY,                      )
                                 )
        Defendants.              )

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of defendants Richard McFarland and City of Park Hills, Missouri, and against plaintiffs Joyce Abney and Clifford Abney, on Counts I, II, and IV, the remaining claims of plaintiffs' amended complaint.

Dated this ____5th____ day of October, 2007.

                                /s/Donald J. Stohr
                                UNITED STATES DISTRICT JUDGE